UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 13, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Radley Bradford, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-21-1707 |
| | § | |
| Prosper Funding, LLC, | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

1. Neither party having moved for reinstatement, the case is dismissed with prejudice.

2. The court retains the jurisdiction to enforce the settlement.

Signed on September _13_, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge